UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re. MICHAEL JACQUES JACOBS
f/d/b/a Michael Jacobs Photojournalism,

bankr. no. 19-12591

Debtor.

## NOTICE OF OBJECTION TO CLAIM #6
## (DLJ MORTGAGE CAPITAL, INC.)

Pursuant to Local Rule 3007-1, unless extended or shortened by the court, the time for filing a response to a claim objection shall be 30 days from service of the objection and notice thereof. The notice of the objection shall include the deadline to respond and shall state that if no response is timely filed the court may disallow the claim as requested in the objection without further notice or a hearing. If a response is timely filed, the party objecting to the claim shall contact the courtroom deputy for the assigned judge to request a hearing. If no response is timely filed, the party objecting to the claim may submit a proposed order, reciting the notice given and when the objection deadline expired.

On November 15, 2020, Debtor filed an Objection to Claim #6 (DLJ Mortgage Capital, Inc.). A copy of the Objection may be inspected at the United State Bankruptcy Court Clerk's Office, 333 Lomas, NW, Albuquerque, NM 87102.

By the Objection, Debtors seeks an Order disallowing the claim of DLJ Mortgage Capital, Inc.

**Any party who objects to the Motion must file its objection with the Clerk of the Bankruptcy Court, 333 Lomas, NW, Albuquerque, NM 87102, WITHIN THIRTY (30) DAYS OF THE DATE OF MAILING OF THIS NOTICE** and provide a copy of the objection to Hume Law Firm, PO Box 10627, Alameda, NM 87184. If you are an attorney, you must electronically file your objection. If an objection is timely filed, a hearing will be held on notice only to Movant and objecting party. If no objection is timely filed, an Order granting the relief sought in the Objection (disallowing the claim) will be presented to the Court for entry without a hearing or further notice.

The document can be viewed for a per-page fee *via* PACER (Public Access to Electronic Court Records). Log onto PACER at ecf.nmb.uscourts.gov. For registration and use instructions, see pacer.psc.uscourts.gov/index.html. If you are an attorney and have an account to use New Mexico's local electronic filing system (CM/ECF), you may access this document one time at no charge *via* your CM/ECF mailbox. You may also view this document from a computer at the clerk's office between 8:30am and 4:40pm, Monday thru Friday, at no charge.

Respectfully submitted,

/s/ electronically signed
James Clay Hume, JD
*Attorney for Debtor*
HUME LAW FIRM
PO Box 10627
Alameda, NM 87184
(505) 888-3606
james@hume-law-firm.com

Certification of Service

I hereby certify my belief that a true and correct copy of the foregoing pleading will be delivered *via* CM-ECF to Movant and the Office of the United States Trustee contemporaneous with filing of this document.

Further, I hereby certify that a true and correct copy of this pleading was mailed on November 15, 2020, to the Claimant at the address referenced in the Claimant's proof of claim.

/s/ electronically signed
James Clay Hume, JD