UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes

PRELIMINARY HEARING
Before the Honorable Robert H. Jacobvitz

_x_ Patti G. Hennessy, Law Clerk
_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
TIME COMMENCED:___9:45 am ____
**02/24/2021 09:45 am**

MATTER/APPEARANCES/CASE NAME/NUMBER:
Status Conference

Dtr: Jay Hume, phone
DLJ Mortgage Capital, Inc.: Betsy Dranttel, phone
UST: Jaime Pena, phone

Michael Jacques Jacobs, Case No. 19-12591-j11

**SUMMARY:**
FH: on the Motion for Relief from Stay and on the Debtor's Objection to Claim #6 is set for 4/22/21 at 9:30 a.m. With the consent of the parties, counsel/witnesses/ parties may appear at the final hearing by video. The Court fixed a discovery deadline of 3/31/21 for the Objection to Claim; the deadline to respond or object to written discovery is shortened to 14 days from the date of service. The Court fixed a deadline of 4/8/21 for the parties, if they wish, to file amended witness and exhibit lists and to exchange exhibits relating to the Motion for Relief from Stay and to file witness and exhibit lists and to exchange exhibits relating to the Objection to Claim. If the debtor files a motion for relief/reconsideration of the Court's memorandum opinion on standing/issue preclusion, the Court shortened the deadline to respond to the motion to 14 days, and shortened the optional reply deadline to 7 days. The Court will enter a scheduling order resulting from this hearing.