# Exhibit B

**Identity and Value of Material Assets of Debtor**

## Real Assets:

| | |
|---|---|
| 800 Calle Divina NE, Albuquerque, NM 87113 (Broker's opinion) | $507,000.00 |
| 6333 SW Buckskin Lane, Terrebonne, OR 97760 (Broker's opinion) | $375,000.00 |

## Tangible Assets:

| | |
|---|---|
| Automobile: 1997 Jeep Cherokee (1/2 ownership). | $ 1,500.00 |
| Household goods and furnishings. | $ 4,250.00 |
| Household goods clothing. | $ 500.00 |
| Household goods appliances (most included in Property) | $ 350.00 |
| Televisions and radios; audio, video, stereo, and digital equipment. | $ 300.00 |
| Computers, printers, scanners. | $ 1,500.00 |
| Cell phones. | $. 1,000.00 |
| Photographic equipment. | $. 4,600.00 |
| Collectibles of value. | $ 0.00 |
| Musical instruments: Piano | $ 120.00 |
| Jewelry. | $. 350.00 |
| Non-farm Animal: Cat | $ 0.00 |

## Intangible Assets:

- None