# Exhibit C

**Most Recently Filed Post-petition Operating Report**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

IN RE: Michael Jacques Jacobs }

}

}

}

}

DEBTOR. }

CASE NUMBER: 19-12591

JUDGE Robert H. Jacobitz

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM 1 Aug. 2021 TO 31 Aug. 2021

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 9-20-2021

Pro Se
_____
Attorney for Debtor

Debtor's Address
and Phone Number:
800 Calle Divina NE
Albuquerque
New Mexico
Tel. (505) 321-3044

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Aug. 2021 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | 644.00 | |
| Interest or Dividend Income | | |
| Alimony or Child Support | .02 | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | 4,205.85 | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 4,849.87 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | 7.42 | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | 200.70 | |
| Insurance | 12.41 | |
| IRA Contribution | 464.82 | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | 4.74 | |
| Other Secured Payments | 1,500.00 | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | 250.00 | |
| Travel & Entertainment | | |
| Tuition/Education | 847.16 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | 350.10 | |
| Vehicle Secured Payment(s) | 1,180.02 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | 500.00 | |
| Other (attach schedule)    Storage | 704.50 | |
|                                          SDNY | 415.00 | |
|                                          Open Sky | 207.22 | |
|                                          Military Star | 57.19 | |
| **Total Household Disbursements** | 6,901.28 | |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2)** | 12,130.05 | |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Aug. 2021 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 14,027.21 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 644.00 | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| **Total Business Receipts** | 644.00 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | . |
| Travel & Entertainment | | |
| Repairs and Maintenance | 32.35 | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) mailing | 13.40 | |
| **Total Business Disbursements** | 45.75 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 12,130.05 | |

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during thisreporting period? | | √ |
| 2. Have any funds been disbursed from any account other than a debtor in possessionaccount? | √ | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | √ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | √ |
| 5. Have any post-petition loans been received by the debtor from any party? | | √ |
| 6. Are any post-petition payroll taxes past due? | | √ |
| 7. Are any post-petition state or federal income taxes past due? | | √ |
| 8. Are any post-petition state or local sales taxes past due? | | √ |
| 9. Are any post-petition real estate taxes past due?   ADDED IN THE PLAN | √ | |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | √ |
| 11. Are any wage payments past due? | | √ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto , general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | √ | |
| 2. Are all premium payments current? | √ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOME – LIBERTY MUTUAL | 7/24/21 – 7/24/22 | $144.64/MO | -0- |
| HOME – LIBERTY MUTUAL | 6/1/21 – 6/1/22 | $106.83/MO | -0- |
| HOME WARRANTY – SELECT HOME WARRANTY | 11/30/20 – 11/30/21 | $36.00/MO | -0- |
| HOME WARRANTY – SELECT HOME WARRANTY | 3/25/21 – 3/5/22 | $36.00/MO | -0- |
| AUTO – LIBERTY MUTUAL | 4/25/21 – 4/25/22 | $60.45/MO | -0- |
| AUTO WARRANTY – CAR SHIELD | 4/20/21 – 4/20/22 | $109.49/MO | -0- |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|

1. DEBOTR RESPONDED TO DLJ'S OBJECTION TO HIS RE-FILED RULE 60(b) MOTION FOR RECONSIDERATION OF MOTION FOR RELIEF RULING
2. DLJ RESPONDED TO DECLARATORY JUDGMENT MOTION FOR DLJ AS UNSECURED PARTY
3. DEBTOR FILED HIS REPLY TO DLJ'S RESPONSE TO DECLARATORY JUDGMENT MOTION
4. OPPOSING COUNSEL ENTERED APPEARNCE FOR THE ALBUQUERQUE JOURNAL IN DISTRICT COURT
5. ALBUQUERQUE JOURNAL REQUESTED FOR MORE TIME TO ANSWER MOTIONS FOR INJUNCTIONS AND THE COMPLAINT
6. CONTINUED LOOKING FOR REPLACEMENT BANKRUPTCY COUNSEL
7. BOOK PROPOSAL – SEEKING AGENT
8. CHECKED IN ON OREGON PROPERTY AND CURRENT TENANT

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: SEPTEMBER 30, 2021.

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | NFCU | NFCU | NMB&T | |
| Account Number: | 7094296303 | 3116230339 | 9996882930 | |
| Purpose of Account (Business/Personal) | Personal | Personal | checking (Mixed) | |
| Type of Account (e.g. checking) | checking | Savings | checking | |
| 1. Balance per Bank Statement | 3921.45 | 15.18 | 8,193.22 | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $12,130.06 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| NMB&T / Mortgage Reserve 12-11-2020 | | | | |
| | | | | |
| Mortgage Reserve Pymt. | | | 1,500.00 | |
| | | | .25 | 30,001.69 |

Note: Attach a copy of each investment account statement.

# EveryDay Checking - ******6303

## Available Balance                                              $4,777.20

## Current Balance                                               $4,777.20

## Last Statement Balance                                        $1,014.78
08/17/2021   Suppress Paper Statements

## Freeze Card
Manage

### Additional Account Information

Scheduled Transactions

| Date | Description | Type | Amount |
|------|-------------|------|--------|
| | There are no transactions to display. | | |

Transaction History                                             DOWNLOAD

**Date Range:**   from  7/15/2021        to  9/13/2021

| Date | Description | Check # | Type | Amount | Balance |
|------|-------------|---------|------|--------|---------|
| 08/31/2021 | Dividend | | Credit | $0.02 | $3,921.65 |
| 08/31/2021 | ACH Transaction - VACP TREAS 310 XXVA BENEF | | ACH Credit | $3,321.85 | $3,921.63 |
| 08/20/2021 | Withdrawal by Check | | Debit | -$415.00 | $599.78 |
| 08/09/2021 | ACH Transaction - Michael Jacobs ACH | | ACH Debit | -$3,500.00 | $1,014.78 |
| 08/04/2021 | POS Debit - Visa Check Card 9898 - VESTA *AT&T PREPA 866-608-3007 OR | | POS | -$28.45 | $4,514.78 |
| 08/02/2021 | ACH Transaction - SSA TREAS 310 XXSOC SEC | | ACH Credit | $884.00 | $4,543.23 |

### Show More
(07/01/2021 - 07/31/2021)
*Archived transactions do not include balance*

# Share Savings - ******0339

## Available Balance                                        $10.18

### Current Balance                                         $15.18

### Last Statement Balance                                  $15.18
08/17/2021   Suppress Paper Statements

### Additional Account Information

| Date | Description | Type | Amount |
|---|---|---|---|
| | There are no transactions to display. | | |

| | | | DOWNLOAD |
|---|---|---|---|

| Date | Description | | Type | Amount | Balance |
|---|---|---|---|---|---|
| | There are no transactions to display. | | | | |

Show More
**(08/14/2021 - 07/14/2021)**
*Archived transactions do not include balance*



## MJ NMBT Checking **2930
Last Updated: 9/13/2021 9:14 PM

$3,772.16
Available Balance



| Start Date |  |  | End Date |  | Transaction Type | Description |
|---|---|---|---|---|---|---|
| 8/1/2021 |  | to | 8/31/2021 |  |  |  |

| Min Amount |  |  | Max Amount |  | Check # |  |
|---|---|---|---|---|---|---|
|  | $0.00 | to |  | $0.00 |  | to |

Apply Filters     Reset

| Date | Description | Amount |
|---|---|---|
| AUG 2 2021 | DDA PUR SELECT HOM SELECT HOME WARRANT 855-267-3532 NJ #7718 | – $36.00 $10,316.80 |
| AUG 2 2021 | DDA PUR SMITHS FOO SMITHS FOOD #442 61 ALBUQUERQUE NM #7718 | – $105.95 $10,210.85 |
| AUG 2 2021 | DDA PUR SMITHS FOO SMITHS FOOD #442 61 ALBUQUERQUE NM #7718 | – $7.18 $10,203.67 |
| AUG 2 2021 | DDA PUR USPS PO 34 USPS PO 34013901 42 ALBUQUERQUE NM #7718 | – $7.00 $10,196.67 |

Case 19-12591-j11     Doc 206-3     Filed 09/30/21     Entered 10/01/21 09:57:12 Page 9 of 22

| AUG 3 2021 | DDA PUR WALGREENS WALGREENS STORE 520 ALBUQUERQUE NM #7718 | − $4.74 $10,191.93 |
|---|---|---|
| AUG 3 2021 | ATT Payment MICHAEL JACOBS XXXXX3011EPAYR | − $29.60 $10,162.33 |
| AUG 3 2021 | QUARTERLY FEE PAYMENT MICHAEL JACOBS 6OC56TKBP31 | − $250.00 $9,912.33 |
| AUG 6 2021 | PNM ELEC AND GAS NMBBillPay JACOBS MICHAEL TRAN#113 | − $70.91 $9,841.42 |
| AUG 9 2021 | DDA PUR WAL-MART # 2701 CARLISLE BLVD. ALBUQUERQUE NM #7718 | − $13.25 $9,828.17 |
| AUG 9 2021 | DDA PUR SAMSCLUB # 1421 N. Renaissan B ALBUQUERQUE NM #7718 | − $17.26 $9,810.91 |
| AUG 9 2021 | DDA PUR SELECT HOM SELECT HOME WARRANT 855-267-3532 NJ #7718 | − $36.00 $9,774.91 |
| AUG 9 2021 | ▭ CHECK - 123531 | − $445.50 $9,329.41 |
| AUG 10 2021 | MICHAEL J JACOB P2P MICHAEL JACOBS | + $3,500.00 $12,829.41 |
| AUG 10 2021 | DDA PUR MCDONALD'S MCDONALD'S F20105 ALBUQUERQUE NM #7718 | − $3.02 $12,826.39 |
| AUG 10 2021 | CIRCLE K ROCKY M PREAUTHPMT CIRCLE K - R-4300 OSUNA RD 26444 ALBUQUERQUE NM | − $13.10 $12,813.29 |
| AUG 10 2021 | OPENSKY ONLINEPYMT MICHAEL JACOBS 212210228176889 | − $38.89 $12,774.40 |

Case 19-12591-j11   Doc 206-3   Filed 09/30/21   Entered 10/01/21 09:57:12 Page 10 of 22

| | | |
|---|---|---|
| **AUG 11** 2021 | ATM W/D NEW MEXICO 320 GOLD NW ALBUQUERQUE NM #7718 | **– $400.00** $12,374.40 |
| **AUG 11** 2021 | DDA PUR AAA NM INS AAA NM INSURANCE 800-765-0766 CA #7718 | **– $138.00** $12,236.40 |
| **AUG 12** 2021 | DDA PUR LOWE'S #75 LOWE'S #756 ALBUQUERQUE NM #7718 | **– $86.27** $12,150.13 |
| **AUG 12** 2021 | ⬦ CHECK - 123532 | **– $259.00** $11,891.13 |
| **AUG 13** 2021 | DDA PUR SMITHS FUE SMITHS FUEL #140 60 FARMINGTON NM #7718 | **– $83.26** $11,807.87 |
| **AUG 13** 2021 | DDA PUR WM SUPERCE Wal-Mart Super Cent PRICE UT #7718 | **– $75.00** $11,732.87 |
| **AUG 13** 2021 | DDA PUR WM SUPERCE Wal-Mart Super Cent PRICE UT #7718 | **– $61.48** $11,671.39 |
| **AUG 13** 2021 | ⬦ CHECK - 112 | **– $565.00** $11,106.39 |
| **AUG 16** 2021 | IB TFR TO 006121384694 MORTGAGE PAYMENT RESERVE # | **– $1,500.00** $9,606.39 |
| **AUG 16** 2021 | DDA PUR ARROWHEAD 72485 HWY. 331 PENDLETON OR #7718 | **– $75.00** $9,531.39 |
| **AUG 16** 2021 | CIRCLE K ROCKY M PREAUTHPMT CIRCLE K - R-4300 OSUNA RD 26444 ALBUQUERQUE NM | **– $5.00** $9,526.39 |
| **AUG 17** 2021 | DDA PUR O'REILLY A O'REILLY AUTO PARTS EVERETT WA #7718 | **– $10.86** $9,515.53 |

| AUG 17<br>2021 | DDA PUR FRED-MEYER FRED-MEYER #0095 FR EVERETT WA #7718 | − $30.15<br>$9,485.38 |
|---|---|---|
| AUG 17<br>2021 | ✉ CHECK - 123533 | − $250.00<br>$9,235.38 |
| AUG 18<br>2021 | DDA PUR AMZN Mktp AMZN Mktp US*2D4ID9 Amzn.com/bill WA #7718 | − $80.14<br>$9,155.24 |
| AUG 18<br>2021 | DDA PUR USPS PO 54 USPS PO 54788202 13 SNOHOMISH WA #7718 | − $4.80<br>$9,150.44 |
| AUG 19<br>2021 | GasBuddy GasBuddy MICHAEL JACOBS IYW7PP9K2 | + $0.01<br>$9,150.45 |
| AUG 19<br>2021 | GasBuddy GasBuddy MICHAEL JACOBS I9M9YYO6P | + $0.02<br>$9,150.47 |
| AUG 20<br>2021 | DDA PUR FRED M FUE FRED M FUEL #918 46 LYNNWOOD WA #7718 | − $43.98<br>$9,106.49 |
| AUG 20<br>2021 | DDA PUR NAPA STORE NAPA STORE 3767004 KIRKLAND WA #7718 | − $19.65<br>$9,086.84 |
| AUG 20<br>2021 | DDA PUR WM SUPERCE Wal-Mart Super Cent EVERETT WA #7718 | − $10.39<br>$9,076.45 |
| AUG 23<br>2021 | DDA PUR WAL-MART # 8924 QUILCEDA BLVD MARYSVILLE WA #7718 | − $2.16<br>$9,074.29 |
| AUG 23<br>2021 | DDA PUR VALUE VILL 1334 STATE AVE MARYSVILLE WA #7718 | − $3.80<br>$9,070.49 |
| AUG 24<br>2021 | DDA PUR USPS PO 54 USPS PO 54518202 10 MARYSVILLE WA #7718 | − $1.60<br>$9,068.89 |

| AUG 24 2021 | DDA PUR FRED-MEYER FRED-MEYER #0095 FR EVERETT WA #7718 | − $10.02 $9,058.87 |
|---|---|---|
| AUG 24 2021 | NEW MEXICO GAS C NMBBillPay JACOBS MICHAEL TRAN#116 | − $84.85 $8,974.02 |
| AUG 25 2021 | DDA PUR WSFERRIES- WSFERRIES-MUKILTEO SEATTLE WA #7718 | − $51.60 $8,922.42 |
| AUG 25 2021 | VERIZON WIRELESS PAYMENTS 0000000037361980100001 037361980100001 | − $136.29 $8,786.13 |
| AUG 25 2021 | GasBuddy GasBuddy MICHAEL JACOBS I5JZO4B9N | − $0.03 $8,786.10 |
| AUG 25 2021 | OPENSKY ONLINEPYMT MICHAEL JACOBS 212360233964873 | − $168.33 $8,617.77 |
| AUG 25 2021 | ▭ CHECK - 123534 | − $250.00 $8,367.77 |
| AUG 26 2021 | Trout Realty, In SIGONFILE Michael Jacobs GB1X01 | + $644.00 $9,011.77 |
| AUG 26 2021 | DDA PUR SAFEWAY #0 SAFEWAY #0494 ENUMCLAW WA #7718 | − $4.34 $9,007.43 |
| AUG 26 2021 | DDA PUR Amazon Pri Amazon Prime*251653 Amzn.com/bill WA #7718 | − $6.46 $9,000.97 |
| AUG 26 2021 | LIBERTY MUTUAL PAYMENT JACOBS MICHAEL J G2J0171565020A | − $108.83 $8,892.14 |
| AUG 30 2021 | DDA PUR JACK'S COU JACK'S COUNTRY STOR OCEAN PARK WA #7718 | − $2.15 $8,889.99 |

Case 19-12591-j11    Doc 206-3    Filed 09/30/21    Entered 10/01/21 09:57:12 Page 13 of 22

| AUG 30 2021 | DDA PUR MARSH`S FR MARSH`S FREE MUSEM LONG BEACH WA #7718 | – $7.42 $8,882.57 |
|---|---|---|
| AUG 30 2021 | DDA PUR SAFEWAY FU SAFEWAY FUEL2627 ASTORIA OR #7718 | – $125.00 $8,757.57 |
| AUG 30 2021 | DDA PUR FRED-MEYER FRED-MEYER #0355 FR SALEM OR #7718 | – $155.95 $8,601.62 |
| AUG 30 2021 | DDA PUR MEPCO*CAR MEPCO*CAR SHIELD 800-7096545 IL #7718 | – $109.99 $8,491.63 |
| AUG 30 2021 | DDA PUR ADOBE *80 ADOBE *800-833-668 ADOBE.LY/ENUS CA #7718 | – $32.35 $8,459.28 |
| AUG 30 2021 | AAFES-ARMY ACH PYMT Michael Jacobs 019456200234052 | – $57.19 $8,402.09 |
| AUG 31 2021 | DDA PUR SELECT HOM SELECT HOME WARRANT 855-267-3532 NJ #7718 | – $36.00 $8,366.09 |
| AUG 31 2021 | DDA PUR FRED MEYER FRED MEYER FUEL 935 SALEM OR #7718 | – $105.66 $8,260.43 |
| AUG 31 2021 | DDA PUR FRED MEYER FRED MEYER FUEL 935 SALEM OR #7718 | – $67.21 $8,193.22 |

**Page totals:** Credits: [4] **$4,144.03** | Debits: [57] **– $6,303.61**

Case 19-12591-j11    Doc 206-3    Filed 09/30/21    Entered 10/01/21 09:57:12 Page 14 of 22



# Mortgage Reserve Account **4694

Last Updated: 9/13/2021 9:14 PM

**$30,001.69**
Available Balance

| Start Date | End Date | Transaction Type | Description |
|---|---|---|---|
| 8/1/2021 📅 to | 8/31/2021 📅 | [ ↕ ] | |

| Min Amount | Max Amount | Check # |
|---|---|---|
| $0.00 to | $0.00 | to |

**Apply Filters**      **Reset**

| Date | Description | Amount |
|---|---|---|
| AUG 16 2021 | IB TFR FR 009996882930 MORTGAGE PAYMENT RESERVE # | + $1,500.00 $30,001.44 |
| AUG 31 2021 | INTEREST PAID | + $0.25 $30,001.69 |

**Page totals:** Credits: [2] **$1,500.25** | Debits: [0] **$0.00**

Case 19-12591-j11     Doc 206-3     Filed 09/30/21     Entered 10/01/21 09:57:12 Page 15 of 22

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | NFCU & NMB&T |
| **Account Number** | 70942916303 & 9996882930 |
| **Purpose of Account (Personal)** | mixed operating |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | see attached | | |
| | | transaction | | |
| | | Print Out | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

# Budget - AUG 2021

## % of Income Spent



100%

## Summary

Total Monthly Income
$4,849.87
Total Monthly Expenses
$6,747.03
Total Monthly Savings
$0.00
Cash Balance
-$1,897.16

## Monthly Intake

| Item | Amount | Column1 | SubTotal | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 | Column8 |
|---|---|---|---|---|---|---|---|---|---|---|
| Disability | $3,321.85 | | | | | | | | | |
| Social Security | $884.00 | | | | | | | | | |
| Ruby NFS | $0.00 | | | | | | | | | |
| Dividend | $0.02 | | | | | | | | | |
| Refunds/Other/Stimulus/Transfer | $644.00 | | $644.00 | | | | | | | |

## Individual Monthly Expenses

| Item | Amount | | SubTotal | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent/mortgage | $1,500.00 | $1,500.00 | $1,500.00 | | | | | | | | | | |
| Taxes - Real Estate | $250.00 | $250.00 | $250.00 | | | | | | | | | | |
| Household - Food/Clothing | $200.70 | $200.70 | $105.95 | $7.18 | $13.25 | $17.28 | $4.34 | $10.02 | $2.16 | $10.39 | $30.15 | | |
| Household Repairs & Maintenance | $12.41 | $12.41 | $2.15 | $3.80 | $6.46 | | | | | | | | |
| Insurance | $464.82 | $464.82 | $36.00 | $36.00 | $108.83 | $138.00 | $109.99 | $36.00 | | | | | |
| Medical/Dental | $4.74 | $4.74 | $4.74 | | | | | | | | | | |
| Travel & Entertainment | $847.16 | $847.16 | $3.02 | $51.60 | $43.98 | $75.00 | $61.48 | $75.00 | $83.26 | $125.00 | $155.95 | $105.86 | $67.21 |
| Utilities/Phone/Internet | $350.10 | $350.10 | $29.60 | $70.91 | $136.29 | $84.85 | $28.45 | | | | | | |
| Vehicle Expenses | $1,180.02 | $1,180.02 | $13.10 | $19.85 | $80.14 | $10.86 | $5.00 | $565.00 | $86.27 | $400.00 | | | |
| US Trustee | $500.00 | $500.00 | $250.00 | $250.00 | | | | | | | | | |
| Professional Fees (Legal/Acctg/Svce | $0.00 | $0.00 | $0.00 | | | | | | | | | | |
| Storage | $704.50 | $704.50 | $445.50 | $259.00 | | | | | | | | | |
| SDNY Payment | $415.00 | $415.00 | $415.00 | | | | | | | | | | |
| Open Sky | $207.22 | $207.22 | $38.89 | $168.33 | | | | | | | | | |
| Military Star | $57.19 | $57.19 | $57.19 | | | | | | | | | | |
| Donation | $7.42 | $7.42 | $7.42 | | | | | | | | | | |

## Business Monthly Expenses

| Item | Amount | | SubTotal | | | | |
|---|---|---|---|---|---|---|---|
| Travel & Entertainment | $0.00 | | $0.00 | | | | |
| Repairs & Maintenance | $32.35 | | $32.35 | $32.35 | | | |
| Fixed Asset Purchase/Inventory | $0.00 | | $0.00 | | | | |
| Advertising | $0.00 | | $0.00 | | | | |
| Supplies | $0.00 | | $0.00 | | | | |
| Mailing | $13.40 | | $13.40 | $7.00 | $1.60 | $4.80 | |
| Legal/Research | $0.00 | | $0.00 | | | | |
| Bank Charges | $0.00 | | $0.00 | | | | |
| Business Membership | $0.00 | | $0.00 | | | | |

Sum: $6,747.03

## Monthly Savings

| Date | Amount |
|---|---|
| [Date] | |
| [Date] | |
| [Date] | |

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | NFCU & NMB&T | |
|---|---|---|
| Account Number | 7094296303 & 99968882930 | |
| Purpose of Account (Business) | mixed | OPERATING |
| Type of Account (e.g., Checking) | Checking | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 8-2 | USPS | mailing | 7.00 |
| | 8-18 | USPS | " | 4.80 |
| | 8-24 | USPS | " | 1.60 |
| | | | | |
| | 8-30 | Adobe | Computer Program Fee | 32.35 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 45.75 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit



| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Exhibit D

**Liquidation Analysis**

There are no assets in Debtor's portfolio to be liquidated. The Debtor's Property in New Mexico is one of the subjects of this bankruptcy and Adversary proceedings. The Debtor being able to remain in the Property with his NFS is dependent upon the outcome of the two reconsideration motions, the approval of the Plan, mediation, the State Court of Appeals, and any other appeals that Debtor may file. Non-liquidation of the Property is not dependent on any outcome of the Adversary. Debtor has post-petition mortgage reserves set aside and the court shall settle the billing and any other payment disputes.

**Plan Proponent's Estimated Liquidation Value of Assets**

**Assets**

| | | | |
|---|---|---|---|
| a. | Cash on hand | $ | 41,907.48 |
| b. | Accounts receivable | $ | 43,558.00 |
| c. | Inventory | $ | 750.00 |
| d. | Office furniture and equipment | $ | 2,500.00 |
| e. | Machinery and equipment | $ | 0.00 |
| f. | Automobiles | $ | 500.00 |
| g. | Building and land | $ | 882,000.00 |
| h. | Customer list | $ | 0.00 |
| i. | Investment property  (such as stocks, bonds or other financial assets) | $ | 0.00 |
| j. | Lawsuits or other claims against third parties | | $6,198,230.74 |
| K | Other intangibles (such as avoiding powers actions) | $ | 0.00 |

| | | | |
|---|---|---|---|
| **Total Assets at Liquidation Value** | | $ | |
| Less: | Secured creditors' recoveries (including non-approved amounts) | $ | 416,616.09 |
| Less: | Chapter 11 trustee fees and expenses | $ | 250.00 |
| Less: | Chapter 11 administrative expenses | $ | 0.00 |
| Less: | Priority claims, excluding administrative expense claims | $ | 0.00 |
| [Less: | Debtor's claimed exemptions] | $ | 128,625.00 |

| | | | |
|---|---|---|---|
| (1) | Balance for unsecured claims | $ | 25,170.36 |
| (2) | Total dollar amount of unsecured claims | $. | 25,170.36 |

| | |
|---|---|
| **Percentage of claims which allowed unsecured creditors would receive or retain in a chapter 7 liquidation:** | 0% |
| **Percentage of claims which allowed unsecured creditors will receive or retainunder the Plan:** | 5%   ($1,258.52) |

# Exhibit E

**Cash on hand on the effective date of the Plan**

| Cash on hand on effective date of plan | | $ | 47,056.60 |
|---|---|---|---|
| Less: | Amount of administrative expenses payable on effective date of the Plan | − $ | 250.00 |
| Less: | Amount of statutory costs and charges | − $ | 0.00 |
| Less: | Amount of cure payments for executory contracts | − $ | 0.00 |
| Less: | Other Plan payments due on effective date of the Plan | − $ | 0.00 |
| **Balance after paying these amounts** | | $. | 46,806.60 |

The sources of the cash Debtor will have on hand by the effective date of the Plan are estimated as follows:

| | | |
|---|---|---|
| Cash in Debtor's bank account now | $ | 41,907.48 |
| Net earnings between now and effective date of the Plan | | |
| The basis for such projections: Current projected income for three months less projected expenses | $ | 5,149.12 |
| Borrowing [Separately state terms of repayment] | $ | 0.00 |
| Capital contributions | $ | 0.00 |
| Other | $ | 0.00 |
| **Total** (This number should match "cash on hand" figure noted above) | $ | 47,056.60 |