# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 10/4/2021 |
| Case: 19–12591–j11 | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
db      Michael Jacques Jacobs      michael.mjphoto@gmail.com
aty     Elizabeth Dranttel      elizabeth.dranttel@roselbrand.com

                                                                                                                  TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            Christopher M. Gatton     Mediator     Giddens & Gatton PC     10400 Academy Rd. NE, #350     Albuquerque, NM 87111

                                                                                                                 TOTAL: 1